April 30, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

VERN CANNON, Appellant

NO. 14-11-00895-CV                    V.

MBCI, A DIVISION OF NCI GROUP, INC., Appellee

_____

      This cause, an appeal from the judgment in favor of appellee, MBCI, a Division of NCI Group, Inc., signed August 26, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

      We order appellant, Vern Cannon, to pay all costs incurred in this appeal.

      We further order this decision certified below for observance.